446 A.2d 670

Commonwealth v. Longo, Appellant.

Argued September 9, 1980. Robert Sullivan, Jr., for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgments of sentence affirmed.